### 21634. CLARKE *v.* THE STATE.

BLOODWORTH, J. 1. Under the facts of the case the court properly overruled the motion to quash the indictment, the general demurrer to the indictment, the challenge to the array of the jury, and the challenge to the poll.

2. The amendment to the motion for a new trial set up that one of the jurors was related within the prohibited degrees to J. T. McLaughlin, one of the alleged prosecutors in the case. The showing by the defendant that McLaughlin was a prosecutor in the case was met with a counter-showing by the State, and on this question of fact the judge was the trior, and his decision will not be controlled by this court.

3. The evidence authorized the verdict of guilty, and the refusal to grant a new trial was not error.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1931. REHEARING DENIED DECEMBER 15, 1931.

*George & John L. Westmoreland,* for plaintiff in error.

*Herbert A. Strickland, solicitor, W. B. Gibbs, W. D. Turner,* contra.